1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
6  CHRISTOPHER TORREZ

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER TORREZ, | ) Case No. 4:14-cv-01501-DMR |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Plaintiff, CHRISTOPHER TORREZ, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, PERFORMANT RECOVERY, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

Respectfully submitted this 24th day of June, 2014,

**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff