1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-2730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   CHRISTOPHER TORREZ
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TORREZ, | **Case No. 4:14-cv-01501-DMR** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |
| vs. | |
| PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CHRISTOPHER TORREZ, by counsel, and Defendant, PERFORMANT RECOVERY, INC., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, should be dismissed, with

///

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
4:14-cv-01501-DMR

- 1 -

1  prejudice, with each party to bear their own costs and attorneys' fees.

2

3                                                    Respectfully submitted,

4

5  Date: <u>August 7, 2014</u>                      By: <u>/s/ G. Thomas Martin, III</u>
                                                    G. Thomas Martin, III, Esq.
6                                                   PRICE LAW GROUP, APC
                                                    15760 Ventura Blvd., Suite 1100
7                                                   Encino, CA 91436
                                                    Telephone: 818-907-2030
8                                                   Fax: 818-205-2730
                                                    Email: tom@plglawfirm.com
9                                                   *Counsel for Plaintiff,*
10                                                  *Christopher Torrez*

11

12

13 Date: <u>August 7, 2014</u>                      By: <u>/s/ Elizabeth E. Franklin</u>
                                                    Elizabeth E. Franklin, CSB 88377
14                                                  ATTORNEY AT LAW
                                                    333 N. Canyons Parkway, Suite 200
15                                                  Livermore, CA 94551
                                                    Telephone: (925) 960-4764
16                                                  Facsimile: (925) 960-4880
                                                    Email: efranklinlaw@gmail.com
17                                                  *Attorney for Defendant*
                                                    *Performant Recovery, Inc.*
18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
4:14-cv-01501-DMR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TORREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 4:14-cv-01501-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, CHRISTOPHER TORREZ, against Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff, CHRISTOPHER TORREZ, and Defendant, PERFORMANT RECOVERY, INC., shall each bear their own costs and attorneys' fees.

Date: August 7, 2014

_____
Magistrate Judge Donna M. Ryu
Northern District of California

*IT IS SO ORDERED* [Seal: United States District Court, Northern District of California - signed Donna M. Ryu]

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
4:14-cv-01501-DMR